**John Douglas ALEXANDER, Plaintiff–Appellant,**

v.

**William E. GUNN, Defendant–Appellee,**

**and**

**Holman C. Gossett, Jr.; Charlie Sanders, Spartanburg County Public Defender, Defendants.**

**No. 00–7152.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2001.

Decided Feb. 8, 2001.

John Douglas Alexander, pro se. Teresa A. Knox, South Carolina Department of Probation, Parole & Pardon Service, Columbia, SC, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

John Douglas Alexander appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Alexander v. Gunn,* No. CA–96–783–7–24AK (D.S.C. July 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*